AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN **District of** CALIFORNIA

| | |
|---|---|
| Patricia McCoy,<br>                       Plaintiff (s),<br>V.<br>Metropolitan Life Insurance Company, et al.<br>                       Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: C 09-04091 PJH |

Notice is hereby given that, subject to approval by the court, __PATRICIA McCOY__ substitutes
(Party (s) Name)

__Frank N. Darras, DARRAS LAW__, State Bar No. __128904__ as counsel of record in
(Name of New Attorney)

place of __Frank N. Darras, Shernoff Bidart Darras Echeverria LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Darras Law
    Address:           3257 East Guasti Road, Suite 300, Ontario, CA 91761
    Telephone:       (909) 390-3770         Facsimile (909) 974-2121
    E-Mail (Optional):  fdarras@darraslaw.com

I consent to the above substitution.
Date:    January 21, 2010
                                       (Signature of Party (s))

I consent to being substituted.
Date:    February 1, 2010
                                       FRANK N. DARRAS
                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    February 1, 2010
                                       (Signature of New Attorney)
                                       FRANK N. DARRAS

The substitution of attorney is hereby approved and so ORDERED.

Date:    2/5/10

                                       Honorable Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

American LegalNet, Inc.
www.FormsWorkflow.com