1  DARRASLAW
   FRANK N. DARRAS  Bar No. 128904
2  frank@darraslaw.com
   LISSA A. MARTINEZ  Bar No. 206944
3  lmartinez@darraslaw.com
   3257 East Guasti Road, Suite 300
4  Ontario, California 91761
   Telephone: (909) 390-3770
5  Facsimile: (909) 974-2121

6  Attorneys for Plaintiff
   Patricia McCoy
7
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  REBECCA A. HULL  Bar No. 99802
   rebecca.hull@sdma.com
9  ERIN A. CORNELL  Bar No. 227135
   erin.cornell@sdma.com
10 One Market Plaza
   Steuart Tower, 8th Floor
11 San Francisco, California 94105
   Telephone: (415) 781-7900
12 Facsimile: (415) 781-2635

13 Attorneys for Defendants
   Metropolitan Life Insurance Company;
14  Kaiser Foundation Long Term Disability Plan

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

| 19 | PATRICIA McCOY, | CASE NO. C 09-04091 PJH |
|---|---|---|
| 20 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE LAST DAY TO |
| 21 | v. | PARTICIPATE IN MEDIATION AND LAST DAY TO FILE MOTION |
| 22 | METROPOLITAN LIFE INSURANCE COMPANY; KAISER FOUNDATION | REGARDING ENTITLEMENT TO DISCOVERY |
| 23 | LONG TERM DISABILITY PLAN, | |
| 24 | Defendants. | |

25

26

27

28

Defendants Metropolitan Life Insurance Company ("MetLife") and Kaiser Foundation Long Term Disability Plan, and plaintiff Patricia McCoy ("plaintiff") (collectively "Parties"), through their respective counsel of record herein, hereby STIPULATE and AGREE as follows:

WHEREAS, on December 11, 2009, following the initial Case Management Conference, the Court set the following dates: deadline to complete private mediation is April 30, 2010; the deadline to file a motion regarding entitlement to discovery is June 30, 2010;

WHEREAS, the production of the entire administrative record by defendants was delayed until July 2, 2010;

WHEREAS, the Parties believe that this case will settle, either at private mediation or informally prior to a formal mediation;

WHEREAS, counsel for plaintiff has a pre-planned family vacation from July 9, 2010 through July 19, 2010;

WHEREAS, the Parties agree that a continuance of the last day to participate in private mediation and the last day to file a motion regarding entitlement to discovery is appropriate in light of the circumstances, and jointly request that the Court extend the last day to participate in private mediation until August 31, 2010; and the last day to file a motion regarding entitlement to discovery until October 29, 2010. Pursuant to the Court's December 11, 2009 Order, if necessary following discovery the parties will submit to the Court a stipulation regarding a Rule 52 motion briefing schedule;

WHEREAS, no other dates have been set by the Court and thus, neither the Parties nor the Court will be prejudiced by extending the last day to participate in private mediation and the last day to file a motion for entitlement to discovery

NOW, THEREFORE, the Parties hereby stipulate and mutually request that the Court grant an extension of the last day to participate in private mediation to August 31, 2010, and the last day to file a motion regarding entitlement to discovery to October 29, 2010. If necessary, and following any discovery that might be conducted and the resolution of any discovery disputes, the parties will thereafter file a stipulation with the Court regarding a Rule 52 motion briefing schedule.

1   IT IS SO STIPULATED.

2   DATED: June 16, 2010                    DARRASLAW

3

4                                           By: /s/ Lissa A. Martinez (w/permission granted 6/16/2010)
                                                Frank N. Darras
5                                               Lissa A. Martinez
                                                Attorneys for Plaintiff
6                                               Patricia McCoy

7

8   DATED: June 16, 2010                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

9

10                                          By: /s/ Erin A. Cornell
                                                Rebecca A. Hull
11                                              Erin A. Cornell
                                                Attorneys for Defendants
12                                              Metropolitan Life Insurance Company; Kaiser Foundation
                                                Long Term Disability Plan
13

14

15                                          **ORDER**

16      PURSUANT TO STIPULATION, IT IS SO ORDERED.  The last day for the parties to

17  participate in mediation is continued to August 31, 2010.  The last day to file a motion regarding

18  entitlement to discovery is continued to October 29, 2010.

19

20  DATED:  6/17/10

21

22                                          _____
                                            HONORABLE PHYLLIS J. HAMILTON
                                            UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28