| | |
|---|---|
| 1 | DARRASLAW<br>FRANK N. DARRAS  Bar No. 128904 |
| 2 | frank@darraslaw.com<br>LISSA A. MARTINEZ  Bar No. 206994 |
| 3 | lmartinez@darraslaw.com<br>3257 East Guasti Road, Suite 300 |
| 4 | Ontario, California 91761-1227<br>Telephone: (909) 390-3770 |
| 5 | Facsimile: (909) 974-2121 |
| 6 | Attorneys for Plaintiff<br>Patricia McCoy |
| 7 | |
| 8 | SEDGWICK LLP<br>REBECCA A. HULL  Bar No. 99802 |
| 9 | rebecca.hull@sedgwicklaw.com<br>ERIN A. CORNELL Bar No. 227135 |
| 10 | erin.cornell@sedgwicklaw.com<br>One Market Plaza |
| 11 | Steuart Tower, 8th Floor<br>San Francisco, California 94105 |
| 12 | Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 |
| 13 | Attorneys for Defendants |
| 14 | Metropolitan Life Insurance Company;<br>Kaiser Foundation Long Term Disability Plan |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA McCOY,<br><br>        Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and KAISER FOUNDATION LONG TERM DISABILITY PLAN,<br><br>        Defendants. | CASE NO. 4:09-cv-04091-PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1  IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATE: March 30, 2011                SEDGWICK LLP

By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendants
    Metropolitan Life Insurance Company; Kaiser
    Foundation Long Term Disability Plan

DATE: March 30, 2011                DARRASLAW

By: /s/ Lissa A. Martinez
    Frank N. Darras
    Lissa A. Martinez
    Attorneys for Plaintiff
    Patricia McCoy

**IT IS SO ORDERED.**

DATED: 4/5/11

_____
HON. PHYLLIS J. HAMILTON

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-1-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE